BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 977-0134
    E-mail: Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NEANA M. OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | NO. CV 09-1925-GGH<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE HIS MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the time for filing of the Defendant's Motion for Summary Judgment shall be extended until September 1, 2010.

DATE: August 5, 2010    /s/ Gregory G. Hollows

                                    HON. GREGORY G. HOLLOWS
                                    United States Magistrate Judge

oliver.eot