BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    E-Mail: Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NEANA M. OLIVER,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:09-CV-01925-GGH<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

    The ALJ will be directed to offer Plaintiff a new hearing and the opportunity to present new evidence. The ALJ will call a medical expert to help determine the onset date of disability and the date of medical improvement, if any, consistent with Social Security Ruling 83-20. Taking into account the medical expert's testimony and any additionally submitted evidence, the ALJ will issue a new decision.

Stip. & Prop. Order for Remand         1

1  The parties further request that the Clerk of the Court be directed to enter a final judgment
2  remanding this action to the Commissioner of Social Security for further administrative action.

                                            Respectfully submitted,

Dated: August 26, 2010          *s/ Rick Peasley*
                                        [As authorized by telephone on August 26, 2010]
                                        RICK PEASLEY
                                        Attorney for Plaintiff

Dated: August 26, 2010          BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                      By *s/ Jeffrey Chen*
                                        JEFFREY CHEN
                                        Special Assistant U. S. Attorney

                                        Attorneys for Defendant


                                        <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: September 2, 2010       /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        UNITED STATE MAGISTRATE JUDGE

oliver.remand