1 **RICK PEASLEY, ESQ.**
St. Bar No. 48453
2 Attorney at Law
164 Maple Street, Suite 4
3 Auburn, California 95603
(530) 885-3300
4 FAX: (530) 885-2588

5 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEANA M. OLIVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.:<br>2:09-CV-01925-GGH<br><br>**AMENDED**<br>STIPULATION AND ORDER FOR COURT ORDER FOR PAYMENT OF ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT.  28 U.S.C. 2412(d) |

　　　　The previous stipulation, signed by the Court on December 6, 2010 and filed on December 9, 2010, contained a typographic error; the numbers "$863.75" was incorrectly inserted in lieu of the correct amount "$86.75". This amended stipulation is meant to replace the previously filed stipulation.

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Five Thousand Two Hundred DOLLARS AND 00/CENTS ($5200.00)[, and costs in the amount of Eighty-six DOLLARS AND 75/CENTS ($86.75)]. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §[§ 1920,] 2412(d).

　　　　After the Court issues an order for EAJA fees and expenses [and costs] to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses [and costs] to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees, expenses [and costs] are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses [and costs] is entered, the government will determine whether they are subject to any offset.

1        Fees, expenses [and costs] shall be made payable to Plaintiff, but if the
Department of the Treasury determines that Plaintiff does not owe a federal debt, then
the government shall cause the payment of fees, expenses and costs to be made
directly to [Attorney's Name], pursuant to the assignment executed by Plaintiff. Any
payments made shall be delivered to Plaintiff's counsel.

        This stipulation constitutes a compromise settlement of Plaintiff's request for
EAJA attorney fees and expenses [and costs], and does not constitute an admission of
liability on the part of Defendant under the EAJA. Payment of the agreed amount shall
constitute a complete release from, and bar to, any and all claims that Plaintiff and/or
Plaintiff's counsel may have relating to EAJA attorney fees and expenses [and costs]
in connection with this action.

        This award is without prejudice to the rights of Plaintiff's counsel to seek Social
Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the
EAJA.

                                                Respectfully submitted,
DATED: January 28, 2011
                                        By:    s/ Rick Peasley
                                               [As authorized by phone on January 26, 2011]
                                               RICK PEASLEY, Attorney for Plaintiff


DATED: January 28, 2011                 BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration
                                        By:    s/ Jeffrey Chen
                                               JEFFREY CHEN
                                               Special Assistant U.S Attorney


                                        ORDER

APPROVED AND SO ORDERED:

DATED: February 1, 2011

                                        /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

                                        Oliver.fees